UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In Re:  Case No. 22-41694-tjt

LAWRENCE D. POOLE,  Chapter 13

        Debtor.  Judge Thomas J. Tucker
_____/

## NOTICE OF STATE OF MICHIGAN UNFILED TAX RETURNS

Debtor failed to file an income tax return for tax periods 2019 and 2020 as required by 11 USC 1308 and/or MCL 206.1 et seq. Failure to file tax returns may result in the Michigan Department of Treasury either objecting to the Debtor's Plan or filing a motion to either convert or dismiss the case. Debtor is required to submit the following documents with the returns:

- Schedules and/or credit forms with supporting documents
- All W-2s
- Federal Returns

**I.    SIGNED TAX RETURNS SHOULD BE SUBMITTED TO:**

    Michigan Department of Attorney General
    Collections Division
    Cadillac Place Building
    3030 W. Grand Blvd., Ste. 10-200
    Detroit, MI 48202
    Attn: Moe Freedman

**OR**

Via email: freedmanm1@michigan.gov

Failure to submit the required documentation could result in a denial of a refund or increase the amount of tax owed.

**II. IF YOU NEED ADDITIONAL INFORMATION TO FILE YOUR RETURNS:**

For a W-2 or 1099, contact your employer(s). If not received, contact the IRS at 313-237-0800 or 800-829-1040 or visit the IRS website at www.irs.gov.

Respectfully submitted,

/s/ *Moe Freedman*
Moe Freedman (P74224)
Assistant Attorney General
Cadillac Place Building
3030 W. Grand Blvd., Ste. 10-200
Detroit, MI 48202
Telephone: (313) 456-0140
E-mail: freedmanm1@michigan.gov

Dated: April 13, 2022